UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JORGE LOPEZ and MARIO TREJO,       JUDGMENT

                                                    15-CV- 5118 (PKC)

                Plaintiff,

   -against-

MARFI CONTRACTING CORP. and/or any
other entities affiliated with or controlled by
MARFI CONTRACTING CORP., and
ANASTASIOS FIKIAS and HELEN FIKIAS,
individually,

                          Defendants.
-----------------------------------------------------------X

        An Order of Honorable Pamela K. Chen, United States District Judge, having been filed on October 11, 2016, adopting in its entirety the Report and Recommendation of Magistrate Judge James Orenstein, dated September 21, 2016; approving the parties' revised settlement agreement; and directing the Clerk of Court to dismiss the case with prejudice; it is

        ORDERED and ADJUDGED that the parties' revised settlement agreement is approved; and that the case is dismissed with prejudice.

Dated: Brooklyn, New York                                     Douglas C. Palmer
      October 11, 2016                                          Clerk of Court

                                                              by:     */s/ Janet Hamilton*
                                                                         Deputy Clerk